UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH OWENS,<br>    Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>    Defendant | )<br>)<br>)<br>)<br>)   C.A. No. 2004CV11918DPW<br>)<br>)<br>) |

### CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)

I, Edward P. Harrington, Assistant General Counsel, hereby depose and state as follows:

1. I am a staff attorney with the Massachusetts Bay Transportation Authority Legal Department ("MBTA"), and I represent Amtrak, in this lawsuit;

2. In anticipation of the scheduling conference, I have conferred with Jonathan P. Feltner, Esquire, Chief Trial Counsel, for the MBTA, who has ultimate control of this litigation, with a regard to establishing a budget for the cost of conducting the full course of the litigation as well as the courses of resolution such as Alternative Dispute Resolution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF NOVEMBER, 2004

                                          NATIONAL RAILROAD
                                          PASSENGER CORPORATION

                                          By its attorneys,

                                          */s/ Edward P. Harrington*
                                          Edward P. Harrington, Esquire
                                          Ten Park Plaza
                                          Boston, MA 02116
                                          (617) 722-3192
                                          BBO #559482

                                          */s/ Jonathan P. Feltner*
                                          Jonathan P. Feltner
                                          First Assistant General Counsel-Trials
                                          MBTA Law Department
                                          Ten Park Plaza
                                          Boston, MA. 02116
                                          (617) 222-3175
                                          BBO #162560

Dated: November ____, 2004

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2004, I served a copy of the foregoing, postage prepaid to all counsel of record:

Michael J. McDevitt, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

                                          */s/ Edward P. Harrington*
                                          Edward P. Harrington
                                          Assistant General Counsel