UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH OWENS,         )
    Plaintiff      )
              )
v.                     )
              )         C.A. No.  2004CV11918DPW
NATIONAL RAILROAD      )
PASSENGER CORPORATION, )
    Defendant      )

DEFENDANTS NATIONAL RAILROAD PASSENGER COPRORATION ("Amtrak")
INITIAL DISCLOSURE
PURSUANT TO LOCAL RULES 26.2(A) AND 26.1(B) AND THE COURT'S ORDER

I.     RULE 26.2(A) AUTOMOATIC DOCUMENT DISCLOSURE

    1.    ANY CONTRACT BETWEEN THE PARTIES THAT CONCERNS DISPUTE:

        Defendant will make available the Agreement between the defendant and plaintiff's union (UTU);

    2.    INSURANCE AGREEMENT:

        Not applicable; Defendant Amtrak is self-insured in regards to plaintiff's claim.

    3.    REPORTS OF EXPERTS:

        None presently within the custody, possession and control of the defendant.

    4.    REPORTS OF INVESTIGATOR:

        Please find the following documents attached:

        None presently within the custody, possession and control of the defendant.

    5.    ANY OTHER DOCUMENTS:

        Defendant Amtrak will make available to plaintiff his Amtrak:

        a.    Personnel Record;
        b.    Medical File; and

      c.     Training File.

II.     RULE 26.1(B)(2) DISCLOSDURE BY SWORN STATEMENT

The defendants swear and affirm that they have properly identified the following persons and documents.

      a.     ALL PERSONS PRESENTLY KNOWN TO BE WITNESSES:

The following individuals are presently known to be witnesses to the underlying incident;

No witnesses have been identified.

      b.     STATEMENTS OF PLAINTIFF:

Other than those contained in the produced reports, none presently within possession, custody control of defendants.

      c.     GOVERNMENT REPORTS:

See documents referenced above attached.

                       RESPECTFULLY SUBMITTED,
                       Defendant Amtrak,
                       By his Attorney,

                       Edward P. Harrington, Esquire
                       MBTA Law Department
                       Ten Park Plaza
                       Boston, MA 02116
                       (617) 222-3192

Dated: November 15, 2004

CERTIFICATE OF SERVICE

I hereby certify that I have forwarded copies of the foregoing, this day to:

Michael J. McDevitt, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Edward P. Harrington, Esquire