UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KENNETH OWENS,              *
    Plaintiff               *       NOTICE OF APPEARANCE
                            *
                            *
vs                          *
                            *
                            *
NATIONAL RAILROAD           *
PASSENGER CORPORATION,      *
    Defendant               *
************************************************
```

Now comes Paul J. Sahovey, Esq., Assistant General Counsel, and hereby files his appearance as counsel for the **Defendant, Amtrak**, in the above-entitled matter.

Respectfully submitted,
NATIONAL RAILROAD
PASSENGER CORPORATION
By its attorney,

*/s/ Paul J. Sahovey*
Paul J. Sahovey
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO # 437900

Dated:      September 29, 2005