UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division
Boston

| | | |
|---|---|---|
| KENNETH OWENS     Plaintiff | )<br>)<br>)<br>) | C.A. No.: 04-11918-DPW |
| v. | )<br>) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK     Defendants | )<br>)<br>)<br>) | |

## JOINT STATEMENT

Pursuant to the Order of Honorable Donald P. Woodlock, in his directive that the parties provide a Joint Statement prior to the status conference currently scheduled for November 29, 2005, the parties state as follows:

Current Status:

1. The parties have exchanged Initial Disclosures.

2. The parties have exchanged paper discovery.

3. A settlement demand has been communicated to counsel for Defendant.

Scheduling for the Remainder of the Case:

4. The Plaintiff is available for deposition which is currently scheduled for February 16, 2006; Plaintiff is also available should an earlier date become available;

5. Plaintiff is available for a Defense Medical Examination;

6. The parties have agreed to private mediation with Attorney Robert Larkin, of Larkin and Associates, tentatively scheduled for the earliest date available after Plaintiff's deposition.

Dated: <u>November 29, 2005</u>

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>By his Attorneys | The Defendant,<br>By its Attorney |
| /s/ Thomas J. Joyce, | /s/ Paul J. Sahovey |
| THOMAS J. JOYCE, III, ESQUIRE<br>Public Ledger Building<br>150 S. Independence Mall West<br>Suite 1000<br>Philadelphia, PA 19106<br>(215) 446-4460 | PAUL J. SAHOVEY, ESQUIRE<br>MBTA Law Department<br>Ten Park Plaza<br>Boston, MA 02116<br>(617) 222-3189 |

/s/ Michael J. McDevitt
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990