UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division
Boston

| | | |
|---|---|---|
| KENNETH OWENS | ) | |
|     Plaintiff | ) | |
| | ) | |
| | ) | C.A. No.: 04-11918-DPW |
| v. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, a/k/a AMTRAK | ) | |
|     Defendants | ) | |
| | ) | |

## ASSENTED TO MOTION TO EXTENSION OF TIME

Now come the Parties in the above-captioned action, and hereby respectfully request this Honorable Court to extend time for the taking of Plaintiff's deposition. Plaintiff's deposition was originally scheduled for September 27, 2005. Reasons for this Motion are as follows:

1. Defendant's counsel, Edward Harrington, withdrew his appearance from the case;

2. Plaintiff's counsel, Thomas J. Joyce, was unavailable to attend Plaintiff's deposition as a result of conducting a trial out of state;

3. The Parties have agreed to this motion and rescheduled Plaintiff's deposition for Thursday, February 16, 2006.

WHEREFORE, the Parties respectfully request this Honorable Court to extend the time for the taking of Plaintiff's deposition to February 16, 2006.

Respectfully submitted by:

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By her Attorneys | By its Attorney |
| | |
| /s/ Thomas J. Joyce, | /s/ Paul J. Sahovey |
| _____ | _____ |
| THOMAS J. JOYCE, III, ESQUIRE | PAUL J. SAHOVEY, ESQUIRE |
| Public Ledger Building | MBTA Law Department |
| 150 S. Independence Mall West | Ten Park Plaza |
| Suite 1000 | Boston, MA 02116 |
| Philadelphia, PA 19106 | (617) 222-3189 |
| (215) 446-4460 | |

/s/ Michael J. McDevitt  ____
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990


Date: November 29, 2005