**LARKIN & ASSOCIATES**
*Attorneys At Law*
One Constitution Center
Boston, MA  02129

———

(617) 886-0364
Fax (617) 598-3900

December 9, 2005

Paul J. Sahovey, Esq.
M.B.T.A. Law Dept.
10 Park Plaza
Boston, MA  02116

Michael J. McDeavitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave.
Boston, MA  02210

**Re:   Kenneth Owens vs. National Railroad Passenger**

Dear Counsel:

The Mediation of the above case has been scheduled for Wednesday, February 22, 2006, at 10:00 a.m. at the M.B.T.A. Law Department, 10 Park Plaza, Boston, MA.

My fee for Mediation services is $800.00, to be divided among the parties, for up to 2½ hours of Mediation. There is a charge of $250.00 per hour, to be divided among the parties for additional time.

I ask that each party pay $400.00 either on or before February 22, 2006. I will submit a bill for the balance should the total charge exceed the amount I receive at the Mediation session. My *new* Taxpayer ID No. is:  03-0383497.

I look forward to seeing you on February 22, 2006.

Very truly yours,

Robert G. Larkin, Jr.

/jd