# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER †
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ††
NATALIE A. KANELLIS †

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
CAROLINE A. O'CONNELL *
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

December 12, 2005

Paul J. Sahovey, Esq.
Massachusetts Bay Transportation Authority
Legal Department
Ten Park Plaza
Boston, MA 02116-3974

Thomas J. Joyce, III, Esquire
900 Centerton Road
Mount Laurel, NJ 08054

RE:    KENNETH OWENS v. NATIONAL RAILROAD PASSENGER CORPORATION
       C.A. No.: 04-11918 DPW

Dear Counsel:

Mediation has been scheduled for <u>Wednesday, February 22, 2006 at 10:00 a.m.</u>, in reference to the above-entitled case. The mediation will take place at M.B.T.A. Law Department, 10 Park Plaza, Boston, MA. Mr. Robert Larkin, of Larkin and Associates, will mediate. I have enclosed Larkin and Associates letter dated December 9, 2005, for your review and record.

As you know, Plaintiff will be deposed <u>Thursday, February 16, 2006, 10:00 a.m.</u> at M.B.T.A. Legal Department.

Please contact Mr. Larkin's office at (617) 886-0365 with any questions/concerns.

Thank you for you cooperation in this matter.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI CT, NH & ME
† ALSO ADMITTED IN NH & NY

# LAWSON & WEITZEN, LLP

Very truly yours,

*Michael J. McDevitt*

Michael J. McDevitt, Esq.

MJM/am
Enclosures

Cc:   The Honorable Judge Douglas P. Woodlock