March 7, 2006

Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:   Kenneth Owens v. National Railroad Passenger Corporation
      C.A. No.:     04-11918 DPW

Dear Judge Woodlock:

Please note our representation of the Plaintiff, Kenneth Owens, in the above-captioned FELA action.

We are pleased to inform you that we settled the Kenneth Owens case after mediation with Robert Larkin on February 22, 2006.

As such, please cancel the Pretrial Conference currently set for March 16, 2006 at 2:30 p.m.

If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

> Respectfully,
>
> /s/ Thomas J. Joyce, III
>
> THOMAS J. JOYCE, III

TJJ:ada

cc:   Michael McDevitt, Esq.
      Paul Sahovey, Esq.