UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11918-DPW

KENNETH OWENS,
Plaintiff

vs.

NATIONAL RAILROAD
PASSENGER CORPORATION,
Defendant

**STIPULATION OF DISMISSAL**

FILED
IN CLERKS OFFICE
2006 JUN 26 P 3:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION
By its attorney,

Paul J. Sahovey, Esq.
Assistant General Counsel
Transportation Building
Ten Park Plaza
Boston, MA 02116
BBO #437900

Plaintiff
KENNETH OWENS
By his attorney,

Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106